**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LEONARD GREENBERG,**

            **Plaintiff,**

-vs-                                              Case No. 6:10-cv-341-Orl-31KRS

**MCKINLEY PROPERTIES, T.J. JENKINS,**

            **Defendants.**
_____

# ORDER

This matter came before the Court without oral argument and upon consideration of *pro se* Plaintiff's, Leonard Greenberg ("Plaintiff"), Application to Proceed Without Prepayment of Fees and Affidavit (the "Motion") (Doc. 9), and the Report and Recommendation (Doc. 12) prepared by United States Magistrate Judge Karla R. Spaulding. Neither party has objected to the Report and Recommendation and the time for doing so has now passed. Upon careful review, it is

**ORDERED** and **ADJUDGED** that:

1. The Report and Recommendation (Doc. 9). is **CONFIRMED** and **ADOPTED** as a part of this Order.

2. Plaintiff's Motion (Doc. 9) is **DENIED** without prejudice.

3. The Amended Complaint (Doc. 8) is hereby **DISMISSED** without prejudice.

4. Plaintiff shall file a second amended complaint and renewed motion to proceed *in forma pauperis* by no later than **Monday, May 10, 2010**; and

5. If Plaintiff files to timely file his second amended complaint by Monday, May 10 ,2010, the Clerk of the Court is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 19, 2010.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE